**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

Jonathan McPherson
        Plaintiff,

v

  Military Star

       Defendants.

Civil Action No._____

Judge _____

Robert K. Ochodnicky (P75766)
Attorney for Plaintiffs
PO Box 1418
East Lansing, MI 48826
989-277-6084
robert@abmdlaw.com

**Complaint**

Plaintiff states:

**Jurisdiction**

1. The jurisdiction of this court arises under 15 USC 1681p and 28 USC 1367.

2. Venue in this district is proper in that Defendant transacts business here and the conduct complained of occurred here.

**Parties**

3.  Plaintiff Jonathan McPherson is a natural person residing in Michigan. He is a *consumer* as defined by 15 USC 1681a(c).

4.   Defendant Military Star  is a corporation with a primary place of business in the State of Texas and conducts business throughout the United States.

### Factual Allegations

5.   In or around 2026, Plaintiff obtained a copy of their credit report.

6.   In the credit reports, Defendants reported that Plaintiff had outstanding debt due to Defendant Military Star .

7.   Plaintiff sent a dispute letter to Defendants proving the charges were a result of identity theft.

8.   On information and belief, all Defendant received said dispute letters.

9.   The only responses Plaintiff received stated that Defendant believed debts were valid despite evidence of identity theft.

10.   Plaintiff has been unable to obtain credit cards, rent an apartment, apply for a mortgage, or advance any way in life due to this erroneous credit report.

11.   Defendant did not evaluate or consider any of Plaintiff's information, claims, or evidence and did not make any attempt to substantially or reasonably verify the public record.

12.   As a result of the acts alleged above, Plaintiff suffered damage by loss of credit, loss of the ability to purchase and benefit from credit, the mental and emotional pain and anguish and the humiliation and embarrassment of credit denials, and harm to their reputation and character.

**First Claim for Relief**

13.  Plaintiffs incorporate by reference the foregoing paragraphs.

14.   Defendant violated 15 USC 1681e(b) by failing to establish or to follow reasonable procedures to ensure maximum possible accuracy in the preparation of the credit report and credit files it published and maintains concerning Plaintiff.

15.       Defendants' conduct, action, and inaction were willful, rendering it liable for punitive damages in an amount to be determined by the court pursuant to 15 USC 1681n. In the alternative, it was negligent, entitling Plaintiff to recover under 15 USC 1681o.

16.       Plaintiff is entitled to recover costs and attorney fees from Defendant in an amount to be determined by the court pursuant to 15 USC 1681n or 1681o.

**Second Claim for Relief**

17.       Plaintiff incorporates by reference the foregoing paragraphs.

18.       Defendant violated 15 USC 1681i by failing to delete inaccurate information in Plaintiffs' credit file after receiving actual notice of the inaccuracies; by failing to conduct a lawful reinvestigation; by failing to forward all relevant information to the furnisher at issue; by failing to maintain reasonable procedures with which to filter and verify disputed information in Plaintiff's credit file; and by relying on verification from a source it has reason to know is unreliable.

19.     Defendants conduct, action, and inaction were willful, rendering it liable for actual or statutory damages and for punitive damages in an amount to be determined by the court pursuant to 15 USC 1681n. In the alternative, it was negligent, entitling Plaintiff to recover actual damages under 15 USC 1681o.

20.     Plaintiffs are entitled to recover costs and attorney fees from Defendant in an amount to be determined by the court pursuant to 15 USC 1681n or 1681o.

PLAINTIFF REQUESTS that this court enter judgment against Defendant for compensatory and punitive damages, costs and reasonable attorney fees, prejudgment and postjudgment interest at the legal rate, and any other relief this court deems just and proper.


Dated: March 3, 2026                                    Respectfully submitted,

                                                        /s/Robert K. Ochodnicky
                                                        Robert K. Ochodnicky (P75766)
                                                        Attorney for Plaintiffs
                                                        PO Box 1418
                                                        East Lansing, MI 48826
                                                        989-277-6084